**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| PLUS ONE ROBOTICS, INC. <br><br> Plaintiff, <br><br> v. <br><br> ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC., and ARTIFICIAL INTELLIGENCE IMAGING ASSOCIATION, INC. <br><br> Defendants. | Case No. 5:25-CV-01197-OLG-HJB |
| ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC., and ARTIFICIAL INTELLIGENCE IMAGING ASSOCIATION, INC., <br><br> Counter-Plaintiffs, <br> v. <br><br> PLUS ONE ROBOTICS, INC. <br><br> Counter-Defendant. | |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Pursuant to the Court's directions at the Status & Scheduling Conference held on December 11, 2025, as well as Fed. R. Civ. P. Rule 26(f) and Local Rule CV-26(c), Plaintiff Plus One Robotics, Inc. ("Plus One" or "Plaintiff") and Defendants, Artificial Intelligence Industry Association, Inc., and Artificial Intelligence Imaging Association, Inc. ("Defendants") (collectively referred to as the "Parties"), jointly move for the entry of a stipulated Protective Order ("Protective Order") in this matter.  The Protective Order is attached as **Exhibit A**.

There is good cause for entry of this Protective Order.  As drafted, the Protective Order provides specific instructions to ensure that confidential and proprietary information is not disclosed publicly or used for purposes other than this lawsuit, while allowing parties to obtain necessary discovery for purposes of this dispute.

Date: January 15, 2026

*/s/ Udit Sood*
Counsel for Plaintiff
RYAN TYZ (CA Bar No. 234895)
Admitted Jan. 30, 2025
ryan@tyzlaw.com
UDIT SOOD (CA Bar No. 308476)
Admitted pro hac vice
udit@tyzlaw.com
SEAN APPLE (CA Bar No. 305692)
Admitted pro hac vice
sapple@tyzlaw.com
TYZ LAW GROUP
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.868.6900

Date: January 15, 2026

*/s/ Michael Newell*
Counsel for Defendants
MICHAEL G. NEWELL
225 Ray Avenue, Suite 200
Fayetteville, NC 28301
(336) 355-6897
mnewell@globalgrowth.com

- 1 -

- 2 -

Robert E. Golden
GOLDEN LAW, P.C.
Independence Plaza II, Suite 250
14350 Northbrook Drive
San Antonio, TX 78232
(210) 495-0900
(210) 495-0997 (fax)
golden@goldenlaw.net

- 1 -

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on all counsel of record via CM/ECF according to the Federal Rules of Civil Procedure on this 15th day of January, 2026.

MICHAEL G. NEWELL
225 Ray Avenue, Suite 200
Fayetteville, NC 28301
(336) 355-6897
mnewell@globalgrowth.com

Robert E. Golden
GOLDEN LAW, P.C.
Independence Plaza II, Suite 250
14350 Northbrook Drive
San Antonio, TX 78232
(210) 495-0900
(210) 495-0997 (fax)
golden@goldenlaw.net

*/s/ Udit Sood*

Udit Sood