UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PLUS ONE ROBOTICS, INC., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | SA-25-CV-1197-OLG (HJB) |
| | § | |
| ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC.; and ARTIFICIAL INTELLIGENCE IMAGING ASSOCIATION, INC., | § § § § | |
| | § | |
| Defendant/Counter Plaintiffs. | § | |

**ORDER**

The matter before the Court is the parties' Joint Motion to Amend Scheduling Order (Dkt. 25). (Docket Entry 30.) It is hereby **ORDERED** that the parties' motion (Docket Entry 30) is **GRANTED** and the following case specific deadlines are entered:

**I. <u>Contentions & Disclosures by Artificial Intelligence Industry Assoc., Inc. ("AIIA").</u>**

The deadline of February 9, 2026, in the Scheduling Order (Docket Entry 25) is hereby reset to **May 8, 2026**. Further, by no later than **May 8, 2026**, AIIA shall serve amended preliminary infringement contentions disclosing AIIA's infringement allegations and theories as completely and specifically as possible based on the information available to AIIA as of the date of the contentions, including:

(a) product-specific claim charts, detailing separately for each asserted claim and each accused product, where precisely each claim element is found in each such accused product;

(b) citations to all available documents (including technical specifications, diagrams, source code, AI/LLM training materials, or other evidence) that, according to AIIA, show where

a given claim element is found in each accused Plus One product; and

(c) identification of a specific date for each asserted claim as AIIA's earliest alleged priority date for that claim, along with any documents or other materials that AIIA relies upon in support of its alleged priority date(s). AIIA's amended contentions shall not include any allegations relating to U.S. Patent Nos. 9,948,919 or 10,979,693 since AIIA confirmed that it has no claim that Plus One infringes these patents.

Also, by **May 8, 2026**, AIIA shall produce:

(a) all documents evidencing conception and reduction to practice for each claimed invention;

(b) a copy of the file history for each patent-in-suit; and

(c) all technical documents, including software where applicable, other than those produced by Plus One, showing the operation of any AIIA's products or systems that practice the claimed inventions.

## II. Contentions & Disclosures by Plus One Robotics' Inc. ("Plus One").

The deadline of May 11, 2026, in the Scheduling Order (Docket Entry 25) is hereby reset to **August 6, 2026**. Further, by no later than **August 6, 2026**, Plus One shall serve preliminary invalidity contentions in the form of:

(a) a chart setting forth where in the prior art references each element of the asserted claim(s) is found;

(b) an identification of any limitations Plus One contends are indefinite or lack written description under section 112; and

(c) an identification of any claims Plus One contends are directed to ineligible subject

matter under section 101.

Also, by **August 6, 2026**, Plus One shall produce:

(a) all prior art referenced in Plus One's contentions; and

(b) to the extent not already produced, technical documents, including software where applicable, sufficient to show the operation of the accused product(s).

Except to the extent modified by paragraphs (1) and (2) above, the Scheduling Order (Docket Entry 25) remains in force in this case. Nothing in this order relieves a party of its obligation to seasonably amend its preliminary contentions upon discovery of new information.

**SIGNED** on May 31, 2026.

Henry J. Bemporad
United States Magistrate Judge