**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

PLUS ONE ROBOTICS, INC.

Plaintiff,

v.

ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC., and ARTIFICIAL INTELLIGENCE IMAGING ASSOCIATION, INC.

Defendants.

ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC., and ARTIFICIAL INTELLIGENCE IMAGING ASSOCIATION, INC.,

Counter-Plaintiffs,

v.

PLUS ONE ROBOTICS, INC.

Counter-Defendant.

Case No. 5:25-CV-01197-OLG-HJB

**JOINT MOTION TO FURTHER AMEND SCHEDULING ORDER (DKT. 25) AND [PROPOSED] ORDER**

Plaintiff / Counter-Defendant Plus One Robotics, Inc. ("Plus One"), and Defendants / Counter-Plaintiffs Artificial Intelligence Industry Association, Inc., and Artificial Intelligence Imaging Association, Inc., (together "AIIA") respectfully file this Joint Motion to Further Amend the Scheduling Order.

WHEREAS, at AIIA's request for a further extension, the parties have met and conferred and, without prejudice to their respective positions, to avoid motion practice, jointly request that the Court further amend the Scheduling Order (Dkt. 25) and the Order Regarding Contentions (Dkt. 31) to further extend by two months AIIA's deadline to serve preliminary infringement contentions, and for a similar extension of Plus One's responsive deadline to serve preliminary invalidity contentions. The relief sought by this motion will not impact any other deadlines specified in the Scheduling Order or in the Order Regarding Contentions.

NOW THEREFORE, it is stipulated and agreed to by the Parties as follows:

1. AIIA's Contentions & Disclosures. The deadline of May 8, 2026, in the Order Regarding Contentions (Dkt. 31) is hereby reset to July 8, 2026.

2. Plus One's Contentions & Disclosures. The deadline of August 6, 2026, in the Order Regarding Contentions (Dkt. 31) is hereby reset to October 7, 2026.

3. Except to the extent modified by paragraphs (1) and (2) above, the Scheduling Order (Dkt. 25) and the Order Regarding Contentions (Dkt. 31) remain in force in this case.

**SO STIPULATED.**

Date: May 7, 2026

*/s/ Udit Sood*
Counsel for Plaintiff

RYAN TYZ (CA Bar No. 234895)
Admitted Jan. 30, 2025
ryan@tyzlaw.com
UDIT SOOD (CA Bar No. 308476)

Admitted pro hac vice
udit@tyzlaw.com
SEAN APPLE (CA Bar No. 305692)
Admitted pro hac vice
sapple@tyzlaw.com
TYZ LAW GROUP
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.868.6900

Date: May 7, 2026

*/s/ Robert Golden*
Counsel for Defendants

ROBERT E. GOLDEN
GOLDEN LAW, P.C.
Independence Plaza II, Suite 250
14350 Northbrook Drive
San Antonio, TX 78232
(210) 495-0900
(210) 495-0997 (fax)
golden@goldenlaw.net

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

______________________________
HENRY J. BEMPORAD
United States Magistrate Judge