UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PLUS ONE ROBOTICS, INC., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | SA-25-CV-1197-OLG (HJB) |
| | § | |
| ARTIFICIAL INTELLIGENCE | § | |
| INDUSTRY ASSOCIATION, INC.; | § | |
| and ARTIFICIAL INTELLIGENCE | § | |
| IMAGING ASSOCIATION, INC., | § | |
| | § | |
| Defendant/Counter Plaintiffs. | § | |

**ORDER SETTING
VIDEO HEARING**

Before the Court are Plus One's Motion to Strike AIIA's Amended Preliminary Infringement Contentions (Docket Entry 40) and Plus One's Opposed Motion for Expedited Hearing (Docket Entry 41.)   This case was referred by the District Court to the undersigned for disposition of all pretrial matters pursuant to 28 U.S.C. § 636(b).   (*See* Docket Entry 10.)

It is hereby **ORDERED** that Plus One's motion (Docket Entry 40) is set for a Video Hearing on **August 7, 2026**, at **10:30 A.M.**   The hearing will be held by video teleconference using the Zoom video platform.   On the designated date and time of the hearing, the parties are directed to join ZOOMGOV meeting, at the following address:

**https://txwd-uscourts.zoomgov.com/j/16126018188**
**Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the hearing**, that their video teleconference equipment is functioning and properly connects with the Court's system.   Parties having any technical difficulties should contact the Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

It is **FURTHER ORDERED** that Plus One's Opposed Motion for Expedited Hearing (Docket Entry 41) is **GRANTED**.

**SIGNED** on July 29, 2026.

_____
Henry J. Bemporad
United States Magistrate Judge