IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

PLUS ONE ROBOTICS, INC.,

    Plaintiff / Counter-Defendant,

v.

ARTIFICIAL INTELLIGENCE
INDUSTRY ASSOCIATION, INC., and
ARTIFICIAL INTELLIGENCE IMAGING
ASSOCIATION, INC.,

    Defendants / Counter-Plaintiffs.

Case No. 5:25-CV-01197-OLG-HJB

### [PROPOSED] ORDER DENYING PLUS ONE'S MOTION TO STRIKE AIIA'S AMENDED PRELIMINARY INFRINGEMENT CONTENTIONS

Before the Court is Plus One's Motion to Strike AIIA's Amended Preliminary Infringement Contentions (Dkt. 40). Having considered the motion, AIIA's opposition, the record, and the applicable law, the Court finds that the motion should be DENIED.

Preliminary infringement contentions serve to provide notice of the patentee's infringement theories, not to prove the case or marshal evidence. AIIA's operative contentions chart each asserted claim of the '272, '693, and '315 patents, element by element, and map each limitation to identified, publicly available evidence, including Plus One's own materials. Striking contentions is a severe sanction, and the governing factors do not support it here: AIIA served and amended its contentions on the agreed dates, any prejudice is minimal and curable at this preliminary stage, and the ordinary remedy for any residual shortcoming is leave to amend rather than forfeiture of AIIA's counterclaims.

Accordingly, IT IS ORDERED that Plus One's Motion to Strike (Dkt. 40) is DENIED.

SIGNED this _____ day of _____, 2026.

_____

**HON. HENRY J. BEMPORAD**
UNITED STATES MAGISTRATE
JUDGE