UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PLUS ONE ROBOTICS, INC., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | SA-25-CV-1197-OLG (HJB) |
| | § | |
| ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC.; and ARTIFICIAL INTELLIGENCE IMAGING ASSOCIATION, INC., | § | |
| | § | |
| Defendants/Counter-Plaintiffs. | § | |

**ORDER**

Before the Court are the following motions:

1) Attorney Robert E. Golden's Motion for Leave to Withdraw as Attorney of Record for Defendants (Docket Entry 36);

2) Plaintiff's Motion to Strike [Defendants'] Amended Preliminary Infringement Contentions (Docket Entry 40);

3) Plaintiff's Administrative Motion Regarding Sealing of Certain Exhibits to Plus One's Motion to Strike (Docket Entry 43); and

4) Defendants Administrative Motion to Seal Fourth Amended Preliminary Infringement Contentions (Docket Entry 69).

Pretrial matters have been referred to the undersigned for consideration pursuant to 28 U.S.C. § 636(b). (Docket Entry 10.)

The Court held a hearing in this case on September 10, 2026. In accordance with the Court's rulings at the hearing, it is hereby **ORDERED** as follows:

1) Attorney Robert E. Golden's Motion for Leave to Withdraw as Attorney of Record

for Defendants (Docket Entry 36) is **WITHDRAWN**.

2) Plaintiff's Motion to Strike [Defendants'] Amended Preliminary Infringement Contentions (Docket Entry 40) is **DENIED WITHOUT PREJUDICE** to its ability to object that infringement contentions later made by Defendants were not included in their live, Fourth Amended Preliminary Infringement Contentions. (*See* Docket Entry 69.) The parties must confer before seeking to amend other deadlines to accommodate the timing of Defendants' Fourth Amended Preliminary Infringement Contentions. The parties may also seek leave to conduct limited discovery by agreement, if necessary. Any such requests must be made **on or before October 1, 2026**.

3) Plaintiff's Administrative Motion Regarding Sealing of Certain Exhibits to Plus One's Motion to Strike (Docket Entry 43), and Defendants' Administrative Motion to Seal Fourth Amended Preliminary Infringement Contentions (Docket Entry 69) are **GRANTED IN PART**. Subject to further order of the Court, the attachments to those motions shall remain under seal until the *Markman* hearing in this case. On notice to Defendants, Plaintiff may share the documents with specific third parties where doing so is necessary to prepare their defense to Defendants' infringement contentions.

**SIGNED** on September 10, 2026.

Henry J. Bemporad
United States Magistrate Judge