UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PLUS ONE ROBOTICS, INC., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | SA-25-CV-1197-OLG (HJB) |
| | § | |
| ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC.; and ARTIFICIAL INTELLIGENCE IMAGING ASSOCIATION, INC., | § | |
| | § | |
| Defendant/Counter-Plaintiffs. | § | |

**ORDER SETTING**
**IN-PERSON HEARING**

Before the Court are Plus One's Motion to Clarify Rulings from September 10, 2026, Hearing (Docket Entry 74), Defendant's Emergency Motion to Enforce the Protective Order and Disqualify Plaintiff's Expert, and Request for Expedited Hearing (Docket Entry 79), Defendants' Emergency Motion to Compel Production of Technical Documents Under the Order Regarding Contentions, to Modify the Scheduling Order, and to Stay the October 30, 2026 Exchange, and Request for Hearing Before October 30, 2026 (Docket Entry 82), and Defendants' Motion to Strike and Preclude Plaintiff's Untimely Invalidity, Section 112, and Section 101 Contentions and Prior Art (Docket Entry 84). This case was referred by the District Court to the undersigned for disposition of all pretrial matters pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 10.)

It is hereby **ORDERED** that the parties' motions (Docket Entries 74, 79, 82, and 84) are set for an In-Person Hearing on **November 6, 2026**, at **1:30 P.M.** at the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207. The parties are advised to check the monitors in the courthouse lobby on the afternoon of the hearing to confirm the assigned courtroom.

It is **FURTHER ORDERED** that the parties must confer in good faith, in person or by telephone, regarding the specific relief requested in the motion.[1] After this conference, the parties must file a Joint Advisory specifying those matters which, even after conference, require resolution by this Court. Such Joint Advisory must be filed on or before **on or before NOON** on **November 5, 2026**.

**SIGNED** on October 27, 2026.

Henry J. Bemporad
United States Magistrate Judge

[1] This requirement is in addition to the pre-filing conference required by Local Rule CV-7(i).