**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| PLUS ONE ROBOTICS, INC.<br><br>Plaintiff / Counter-Defendant,<br><br>v.<br><br>ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC., and ARTIFICIAL INTELLIGENCE IMAGING ASSOCIATION, INC.<br><br>Defendants / Counter-Plaintiffs. | Case No. 5:25-CV-01197-OLG-HJB |

**DECLARATION OF UDIT SOOD-HALL IN SUPPORT OF PLUS ONE'S OMNIBUS RESPONSE TO AIIA'S EMERGENCY AND OTHER MOTIONS (DKT NOS. 77, 79, 82, 84, 85)**

I, Udit Sood-Hall, declare and state as follows:

1. I am an attorney at Tyz Law Group PC. I represent Plaintiff Plus One Robotics, Inc. in this action. I submit this declaration regarding Plus One's Omnibus Response to (1) AIIA's Emergency Motion to Enforce the Protective Order and Disqualify Plaintiff's Expert (Dkt. 79); (2) AIIA's Emergency Motion to Compel (Dkt. 82); and (3) AIIA's Emergency Motion to Strike and Preclude (Dkt. 84). I have personal knowledge of the facts stated herein, and if called to testify could and would competently testify thereto.

2. Attached as **Exhibit A** is a true and accurate copy of an email chain involving counsel of record for the parties. The chain includes an email from Mr. Newell to me dated March 11, 2026, and my response is at the top of the chain.

3. Since service of AIIA's Fourth Amended Preliminary Infringement Contentions, Plus One has spent time and effort analyzing the contentions and preparing preliminary invalidity contentions for service by November 9, 2026. This includes retention of Prof. Timothy Bretl of the University of Illinois's College of Engineering as an expert.

4. After conducting a reasonable search, Plus One provided in January 2026 materials sufficient to show the operation of each of Plus One's accused software and hardware products. Plus One is investigating in good faith alleged deficiencies enumerated in an email from AIIA's counsel dated October 16, 2026, and is working toward producing by November 9, 2026, any responsive, non-cumulative materials located pursuant to a reasonable search.

5. Following the Court's order setting an in-person hearing on AIIA's motions and ordering the parties to meet and confer (Dkt. 89), Plus One corresponded with AIIA attempting to resolve or at least narrow the issues. As of the finalization of Plus One's Omnibus Response and

related papers, the parties were unfortunately unable to resolve or narrow any issues. Relevant correspondence between the parties' counsel is attached as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 28, 2026

*/s/ Udit Sood-Hall*
Udit Sood-Hall