# EXHIBIT A

**From:** Udit Sood
**Sent:** Wednesday, March 11, 2026 12:01 PM
**To:** Michael Newell; Robert E Golden; Michael Newell; Laura P
**Cc:** Ryan Tyz; Tyz Law - Plus One Team
**Subject:** RE: Plus One Robotics, Inc. v. Artificial Intelligence Industry Association, Inc., et al.; Case No. 5:25-CV-01197-OLG-HJB

Michael:

Regarding AIIA's contentions and Plus One's February 18, 2026, letter, we will circulate an invite shortly for the parties to meet and confer on Monday (3/16) at 1.30 pm CT. If that time does not work, feel free to propose another time between 1.30 and 3.30 pm CT on Monday.

Regarding Plus One's source code and related materials, the code has been and remains available for inspection. AIIA may inspect it in accordance with the terms of the protective order.

Regarding AIIA's unspecified expert and disclosure of Plus One's designated discovery files to such expert, we will await the details requested. We also await confirmation that the expert has destroyed all copies that they received of such files, as well as any related notes or other derivative materials prepared.

Regards,
Udit

**Udit Sood (he/him)**
Tyz Law Group PC
udit@tyzlaw.com

---

**From:** Michael Newell <mnewell@theaiia.org>
**Sent:** Wednesday, March 11, 2026 10:42 AM
**To:** Udit Sood <udit@tyzlaw.com>; Robert E Golden <golden@goldenlaw.net>; Michael Newell <mnewell@globalgrowth.com>; Laura P <laura@goldenlaw.net>
**Cc:** Ryan Tyz <ryan@tyzlaw.com>; Tyz Law - Plus One Team <tyzlawplusoneteam@tyzlaw.com>
**Subject:** Re: Plus One Robotics, Inc. v. Artificial Intelligence Industry Association, Inc., et al.; Case No. 5:25-CV-01197-OLG-HJB

EXTERNAL EMAIL WARNING: This email originated outside of our organization. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Udit,

Thank you for your email. We appreciate your patience and would like to address your concerns. First, regarding the meet and confer on AIIA's infringement contentions, we are unable to meet on March 11, 12, or 13, 2026, as I have a Motion Hearing tomorrow that requires preparation and could result in continued proceedings on Friday. We propose meeting on Monday, March 16, 2026. If that date does not work, we are available any other day that week (March 17-20, 2026).

However, before we confirm the meet and confer, we need to address a threshold issue. You note that the 30-day inspection period for the source code materials has passed. We need confirmation that Plus One's expert will still be permitted to inspect the source code materials that you made available on January 16, 2026, notwithstanding the expiration of that period. If AIIA takes the position that such inspection is no longer available, we will need to seek the Court's intervention on this issue, which would necessarily impact the timing and scope of any meet and confer regarding the infringement contentions.

Second, we acknowledge your position regarding the timing of our discovery requests under the Court's scheduling order. AIIA hereby officially withdraws its discovery requests served on Plus One. We will re-serve appropriate discovery requests upon the opening of fact discovery following the Court's adoption of a Markman order.

We will address your remaining point regarding expert disclosure separately after we have had an opportunity to review the record more thoroughly. Please confirm AIIA's position on source code inspection access and your availability for the meet and confer.

Best,

Michael G. Newell, Esq.
AIIA Legal Team

---

**From:** Udit Sood <udit@tyzlaw.com>
**Sent:** Tuesday, March 10, 2026 3:45 PM
**To:** Robert E Golden <golden@goldenlaw.net>; Michael Newell <mnewell@rhewen.com>; Michael Newell <mnewell@theaiia.org>; Michael Newell <mnewell@globalgrowth.com>; Laura P <laura@goldenlaw.net>
**Cc:** Ryan Tyz <ryan@tyzlaw.com>; Tyz Law - Plus One Team <tyzlawplusoneteam@tyzlaw.com>
**Subject:** RE: Plus One Robotics, Inc. v. Artificial Intelligence Industry Association, Inc., et al.; Case No. 5:25-CV-01197-OLG-HJB

Counsel:

**<u>First</u>**, AIIA's response below again fails to provide AIIA's availability to meet and confer regarding its deficient and noncompliant infringement contentions. As previously requested, please immediately provide AIIA's availability to meet and confer with us on March 11, 12 or 13, 2026, otherwise Plus One will seek the Court's intervention noting that AIIA refused to make itself available despite repeated requests.

**<u>Second</u>**, AIIA's purported "service" of discovery requests on Plus One violates the Court's scheduling order, which only opens fact discovery upon the Court's adoption of a *Markman* order, which is obviously yet to occur. (*See* Dkt. 24 at 2.) As such, Plus One will accept service of these requests upon opening of fact discovery—alternatively, AIIA may withdraw these improper requests and re-serve them upon opening of fact discovery. Please let us know which course of action AIIA prefers.

**<u>Third</u>**, AIIA's assertion that Plus One's "documentation fails to specify source code information as mentioned in your letter" (Golden 3/10/2026 Email) underscores AIIA's continuing lack of diligence in this case. Almost 60 days ago, on January 16, 2026, Plus One made its source code materials (including ML/AI training materials) available for inspection in accordance with the protective order. (*See* Dkt. 28 at ¶ 10 (prescribing procedure for review of source code materials); *see also* Sood 1/16/2026 Letter.) AIIA's expectation that these materials would be among the bates-stamped documents Plus One produced cannot be reconciled with my email dated January 16, 2026, which expressly stated that: "besides PLUSONE_000001-793, Plus One has also made available for inspection in accordance with the stipulated protective order source code materials relating to the accused products." Indeed, Plus One's production letter also explicitly stated that these materials are "available for inspection, subject to the stipulated Protective Order, at our offices located at 1 Embarcadero Center, Suite 1200, San Francisco, CA 94111," and that AIIA should "[p]lease contact us to coordinate a mutually convenient time for inspection." (Sood 1/16/2026 Letter.) As the record shows, AIIA failed to timely request any inspection of these materials within the 30-day period contemplated in the scheduling order. (*See* Dkt. 25 at 1.)

**<u>Finally</u>**, we are confused by AIIA's statement that "AIIA's expert has gone over what Plus One provided" since AIIA has disclosed no expert to Plus One to date. Please immediately identify the expert in question and all the Plus One documents that AIIA allowed its undisclosed expert to review before Plus One was allowed to consider conflicts.

We look forward to a prompt response from AIIA. Plus One reserves all rights.

Regards,
Udit

**Udit Sood (he/him)**
Tyz Law Group PC
udit@tyzlaw.com

---

**From:** Robert E Golden <golden@goldenlaw.net>
**Sent:** Tuesday, March 10, 2026 11:06 AM
**To:** Udit Sood <udit@tyzlaw.com>; Michael Newell <mnewell@rhewen.com>; Michael Newell <mnewell@theaiia.org>; Michael Newell <mnewell@globalgrowth.com>; Laura P <laura@goldenlaw.net>
**Cc:** Ryan Tyz <ryan@tyzlaw.com>; Tyz Law - Plus One Team <tyzlawplusoneteam@tyzlaw.com>
**Subject:** Re: Plus One Robotics, Inc. v. Artificial Intelligence Industry Association, Inc., et al.; Case No. 5:25-CV-01197-OLG-HJB

EXTERNAL EMAIL WARNING: This email originated outside of our organization. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

AIIA's expert has gone over what Plus One provided, but the documentation fails to specify source code information as mentioned in your letter. Therefore, we have prepared some discovery requests to obtain that information, so we can then be in a position to respond properly.

Those discovery requests are attached for your attention.

Robert E. Golden

_______________

**Golden Law, P.C.**
Independence Plaza II, Suite 250
14350 Northbrook Drive
San Antonio, Texas 78232
(210) 495-0900
(210) 495-0997 (fax)

---

**From:** Udit Sood <udit@tyzlaw.com>
**Sent:** Friday, March 6, 2026 3:34 PM
**To:** Robert E Golden <golden@goldenlaw.net>; Michael Newell <mnewell@rhewen.com>; Michael Newell <mnewell@theaiia.org>; Michael Newell <mnewell@globalgrowth.com>; Laura P

<laura@goldenlaw.net>
**Cc:** Ryan Tyz <ryan@tyzlaw.com>; Tyz Law - Plus One Team <tyzlawplusoneteam@tyzlaw.com>
**Subject:** RE: Plus One Robotics, Inc. v. Artificial Intelligence Industry Association, Inc., et al.; Case No. 5:25-CV-01197-OLG-HJB

Dear AIIA Counsel:

Please provide your availability early next week to meet and confer with us regarding AIIA's improper infringement contentions.

Despite multiple requests, AIIA has failed to supplement its contentions, or to even respond to Plus One's letter dated February 18, 2026. AIIA's inability and/or unwillingness to properly articulate its infringement theories is severely prejudicing Plus One and its preparation of invalidity contentions. As such, it appears the Court's intervention will be necessary here. Plus One reserves all rights and remedies.

Regards,
Udit

**Udit Sood (he/him)**
Tyz Law Group PC
udit@tyzlaw.com

---

**From:** Udit Sood <udit@tyzlaw.com>
**Sent:** Monday, March 2, 2026 10:02 AM
**To:** Robert E Golden <golden@goldenlaw.net>; Michael Newell <mnewell@rhewen.com>; Michael Newell <mnewell@theaiia.org>; Michael Newell <mnewell@globalgrowth.com>; Laura P <laura@goldenlaw.net>
**Cc:** Ryan Tyz <ryan@tyzlaw.com>; Tyz Law - Plus One Team <tyzlawplusoneteam@tyzlaw.com>
**Subject:** RE: Plus One Robotics, Inc. v. Artificial Intelligence Industry Association, Inc., et al.; Case No. 5:25-CV-01197-OLG-HJB

Hi Robert:

When can we expect AIIA's response to Plus One's letter dated February 18, 2026? The letter requested AIIA to supplement its contentions by Friday, March 6, 2026. Please confirm whether AIIA intends to do so.

Regards,
Udit

**Udit Sood (he/him)**
Tyz Law Group PC

udit@tyzlaw.com

---

**From:** Robert E Golden <golden@goldenlaw.net>
**Sent:** Monday, February 23, 2026 9:29 AM
**To:** Udit Sood <udit@tyzlaw.com>; Michael Newell <mnewell@rhewen.com>; Michael Newell <mnewell@theaiia.org>; Michael Newell <mnewell@globalgrowth.com>; Laura P <laura@goldenlaw.net>
**Cc:** Ryan Tyz <ryan@tyzlaw.com>; Tyz Law - Plus One Team <tyzlawplusoneteam@tyzlaw.com>
**Subject:** Re: Plus One Robotics, Inc. v. Artificial Intelligence Industry Association, Inc., et al.; Case No. 5:25-CV-01197-OLG-HJB

EXTERNAL EMAIL WARNING: This email originated outside of our organization. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Udit:

We are working on a response to your letter of February 18 in the above-referenced matter and intend to address the noted deficiencies in our response.

Robert

____________________

**Golden Law, P.C.**

Independence Plaza II, Suite 250

14350 Northbrook Drive

San Antonio, Texas 78232

(210) 495-0900

(210) 495-0997 (fax)

---

**From:** Udit Sood <udit@tyzlaw.com>
**Sent:** Wednesday, February 18, 2026 6:42 PM
**To:** Michael Newell <mnewell@rhewen.com>; Michael Newell <mnewell@theaiia.org>; Michael Newell <mnewell@globalgrowth.com>; Robert E Golden <golden@goldenlaw.net>; Laura P <laura@goldenlaw.net>
**Cc:** Ryan Tyz <ryan@tyzlaw.com>; Tyz Law - Plus One Team <tyzlawplusoneteam@tyzlaw.com>
**Subject:** Plus One Robotics, Inc. v. Artificial Intelligence Industry Association, Inc., et al.; Case No. 5:25-CV-01197-OLG-HJB

Counsel:

Please see the attached correspondence regarding AIIA's infringement contentions served last week.

Regards,
Udit

**Udit Sood (he/him)**
Tyz Law Group PC
415.520.4244
udit@tyzlaw.com
tyzlaw.com

DISCLAIMER: This email message is intended only for the use of the addressee(s) named above. This message may be an attorney-client communication and as such include privileged, confidential information and/or attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this message in error, please notify us immediately by email and take the steps necessary to delete the message completely from your computer system.