**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| PLUS ONE ROBOTICS, INC.,<br><br>Plaintiff / Counter-Defendant,<br><br>v.<br><br>ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC., and ARTIFICIAL INTELLIGENCE IMAGING ASSOCIATION, INC.,<br><br>Defendants / Counter-Plaintiffs. | Case No. 5:25-CV-01197-OLG-HJB<br><br>Hon. Orlando L. Garcia<br>Mag. J. Henry J. Bemporad |

**[PROPOSED] ORDER ON AIIA'S EMERGENCY AND OTHER MOTIONS (DKT. NOS. 77, 79, 82, 84, 85)**

Before the Court are the following motions of Defendants/Counter-Plaintiffs Artificial Intelligence Industry Association, Inc., and Artificial Intelligence Imaging Association, Inc. (collectively, "AIIA"): Emergency Motion Regarding Prof. Bretl (Dkt. 79), Emergency Motion to Compel (Dkt. 82), Motion to Strike (Dkt. 84), and Motion for Leave to File Under Seal (Dkt. 85). Also before the Court is Plaintiff/Counter-Defendant Plus One Robotics, Inc.'s ("Plus One") Motion to Clarify Rulings (Dkt. 74).

Having considered the motions, the parties' briefing, the record, and the applicable law, the Court ORDERS as follows:

Plus One's request for leave to file an omnibus response to AIIA's motions is GRANTED.

AIIA's Emergency Motion Regarding Prof. Bretl (Dkt. 79) is DENIED.

AIIA's Emergency Motion to Compel (Dkt. 82) is DENIED.

AIIA's Motion to Strike (Dkt. 84) is DENIED.

The Court confirms that Plus One's Preliminary Invalidity Contentions are due November 9, 2026.

Plus One's Motion to Clarify Rulings (Dkt. 74) is GRANTED, and the adjusted deadlines set forth therein are hereby entered. The *Markman* hearing remains as currently scheduled.

Plus One does not ask the Court to seal certain descriptions in AIIA's exhibits of confidential Plus One documents. Accordingly, AIIA's Motion for Leave to File Under Seal (Dkt. 85) is DENIED as to those materials.

IT IS SO ORDERED.

SIGNED this _____ day of __________________, 2026.

____________________________________