**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

PLUS ONE ROBOTICS, INC.

Plaintiff,

v.

ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC., and ARTIFICIAL INTELLIGENCE IMAGING ASSOCIATION, INC.

Defendants.

ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC., and ARTIFICIAL INTELLIGENCE IMAGING ASSOCIATION, INC.,

Counter-Plaintiffs,

v.

PLUS ONE ROBOTICS, INC.

Counter-Defendant.

Case No. 5:25-CV-01197-OLG-HJB

**JOINT STIPULATION AND [PROPOSED] ORDER**
**TO EXTEND DEADLINES**

1. Plaintiff and Counter-Defendant Plus One Robotics, Inc. ("Plus One") and Defendants and Counter-Plaintiffs Artificial Intelligence Industry Association, Inc. and Artificial Intelligence Imaging Association, Inc. (collectively, "AIIA," and together with Plus One, the "Parties") jointly move the Court to extend certain deadlines as set forth below.

2. The deadline for Plus One's Contentions and Disclosures set for October 7, 2026 (*see* Dkts. 25, 31; and Text Order dated May 8, 2026) is extended to November 9, 2026. This changes only the date; it does not modify the substance of those obligations, which remain as stated in Dkt. 25 and Dkt. 31.

3. The Parties' deadline to meet and confer to narrow terms in dispute and exchange a revised list of terms and constructions set for October 30, 2026 (Dkt. 25) is extended to December 9, 2026. This changes only the date; it does not modify the substance of those obligations, which remain as stated in Dkt. 25 and Dkt. 31.

4. AIIA may supplement its October 9, 2026, disclosures under the Scheduling Order — including its disclosure of extrinsic evidence and its identification of any expert witness and the scope of that witness's expected testimony — on or before November 30, 2026. Plus One may supplement its corresponding disclosures, if necessary, by December 7, 2026.

5. The Parties will meet and confer in good faith regarding the remaining issues addressed in the Parties' pending motions and, per the order dated October 28, 2026 (Dkt. 89), file by 12 noon Central Time on November 5, 2026, a Joint Advisory specifying which matters require resolution by the Court.

6. Nothing in this stipulation alters any provisions of the Scheduling Order or the Protective Order, except as explicitly provided above.

7. This stipulation is without prejudice to, and does not waive, any Party's rights, claims, objections, positions, or defenses, including those raised in the Parties' pending motions.

8. Parties explicitly reserve any additional unaddressed items relating to the October 7, 2026 and October 9, 2026 deadlines for the meet and confer.

**SO STIPULATED.**

Date: October 30, 2026

*/s/ Udit Sood*
Udit Sood

RYAN TYZ (CA Bar No. 234895)
Admitted Jan. 30, 2025
ryan@tyzlaw.com
UDIT SOOD (CA Bar No. 308476)
Admitted pro hac vice
udit@tyzlaw.com
SEAN APPLE (CA Bar No. 305692)
Admitted pro hac vice
sapple@tyzlaw.com
TYZ LAW GROUP
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.868.6900

*Counsel for Plaintiff/Counter-Defendant*

Date: October 30, 2026

*/s/ Vivek Ramachandran*

Vivek Ramachandran
DHAMMA LAW PLLC
418 Broadway, Suite N
Albany, NY 12207
vramachandran@dhammalaw.com

Robert E. Golden
GOLDEN LAW, P.C.
Independence Plaza II, Suite 250
14350 Northbrook Drive
San Antonio, TX 78232
(210) 495-0900
(210) 495-0997 (fax)
golden@goldenlaw.net

*Counsel for Defendants/Counter-Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

________________________________

HENRY J. BEMPORAD
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served on all counsel of record via CM/ECF according to the Federal Rules of Civil Procedure on this 30th day of October, 2026.

Vivek Ramachandran
DHAMMA LAW PLLC
418 Broadway, Suite N
Albany, NY 12207
vramachandran@dhammalaw.com

Robert E. Golden
GOLDEN LAW, P.C.
Independence Plaza II, Suite 250
14350 Northbrook Drive
San Antonio, TX 78232
(210) 495-0900
(210) 495-0997 (fax)
golden@goldenlaw.net

*/s/ Udit Sood*
Udit Sood