**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| PLUS ONE ROBOTICS, INC.,<br><br>Plaintiff / Counter-Defendant,<br><br>v.<br><br>ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC., and ARTIFICIAL INTELLIGENCE IMAGING ASSOCIATION, INC.,<br><br>Defendants / Counter-Plaintiffs. | Case No. 5:25-CV-01197-OLG-HJB<br><br>Hon. Orlando L. Garcia<br>Mag. J. Henry J. Bemporad |

**DEFENDANTS' MOTION TO WITHDRAW THEIR EMERGENCY REQUEST TO STAY (DKT. 91) AS MOOT**

Defendants and Counter-Plaintiffs Artificial Intelligence Industry Association, Inc. and Artificial Intelligence Imaging Association, Inc. (together, "AIIA") move to withdraw as moot their Emergency Request to Stay the October 30, 2026 Claim-Construction Exchange Pending the November 6, 2026 Hearing, and Request for Expedited Consideration (Dkt. 91).

1. On October 30, 2026, the parties filed a Joint Stipulation and [Proposed] Order to Extend Deadlines. (Dkt. 93.) It extends the October 30, 2026 meet-and-confer and exchange of revised terms and constructions to December 9, 2026. (*Id.* ¶ 2.) That is the relief Dkt. 91 requested. Dkt. 91 is therefore moot. To the extent Dkt. 82 also sought a stay of the October 30, 2026 exchange, that request is moot as well; the remaining relief requested in Dkt. 82 is unaffected.

2. AIIA withdraws only the request for relief. Exhibits A and B to Dkt. 91 remain on the record. The parties' October 30, 2026 emails leading to the stipulation are attached as Exhibits 1 through 3 and are placed on the record: AIIA's 7:31 a.m. position email with the October 19–30

chain (Ex. 1), AIIA's 8:37 a.m. questions email (Ex. 2), and Plus One's 11:07 a.m. acceptance transmitting the final stipulation (Ex. 3). AIIA will rely on Exhibits A and B to Dkt. 91 and Exhibits 1 through 3 in its pending motions (Dkts. 79, 82, 84, and 92), the meet-and-confer required by Dkt. 89, the Joint Advisory due November 5, 2026, the November 6, 2026 hearing, and any further proceedings.

3. This withdrawal is without prejudice. It is not an agreement, narrowing, or waiver of any position AIIA has taken in Dkts. 79, 82, 84, 91, and 92, and AIIA reserves all rights, including those reserved in Paragraph 8 of the stipulation.

4. AIIA requests that the Court deem Dkt. 91 withdrawn as moot, without prejudice, with its exhibits retained on the record, and enter the Joint Stipulation (Dkt. 93).

5. In accordance with Dkt. 89, AIIA will meet and confer with Plus One in November 2026 to narrow further issues for the Court.

Dated: October 30, 2026

Respectfully submitted,

*/s/ Robert E. Golden*
Robert E. Golden
State Bar No. 08085560
GOLDEN LAW, P.C.
Independence Plaza II, Suite 250
14350 Northbrook Drive
San Antonio, TX 78232
(210) 495-0900
golden@goldenlaw.net

*/s/ Vivek Ramachandran*
Vivek Ramachandran (admitted pro hac vice)
DHAMMA LAW PLLC
418 Broadway, Suite N
Albany, NY 12207
vramachandran@dhammalaw.com

*Counsel for Defendants/Counter-Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on October 30, 2026, the foregoing was filed through the Court's CM/ECF system, which will send notification of the filing to all counsel of record.

*/s/ Vivek Ramachandran*
Vivek Ramachandran